## Commonwealth ex rel. Bennett, Appellant, *v.* Myers.

Submitted June 14, 1965. *Louis E. Bennett,* appellant, in propria persona; *John F. Hassett* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Bernhardt, Appellant, *v.* Rundle.

Submitted June 14, 1965. *Harry Bernhardt,* appellant, in propria persona; *William H. Eastburn, III,* Assistant District Attorney, and *William J. Carlin,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Bordner, Appellant, *v.* Russell.

Submitted June 14, 1965. *Frank Bordner,* appellant, in propria persona; *Jay L. Benedict,* District Attorney, for appellee.

Order affirmed.